## MOTION DOCKET

**85-7.** State v. Williams. *Cuyahoga County,* No. 47853. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied. On motion to set execution date. Motion granted.

**95-946.** State ex rel. Cleveland v. Pub. Util. Comm. In Mandamus. On motion to set briefing schedule and on motion for oral argument. Motions denied and the court shall proceed to judgment. STRATTON, J., not participating.

**95-1274.** State ex rel. Athens Cty. Bd. of Commrs. v. Bd. of Directors of the Gallia, Jackson, Meigs, Vinton Joint Solid Waste Mgt. Dist. *Jackson County,* No. 93CA730. On request for oral argument. Request denied.

**95-1809.** Moore v. Volvo–GM Heavy Trucks, Inc. *Summit County,* No. 16905. On motion for correction of the transcript of docket and journal entries of the Court of Common Pleas of Summit County. Motion granted.